## ANONYMOUS.

(April Term, 1866.)

1. REHEARING — *oral motion not necessary.* An oral motion for a rehearing is not necessary. The filing of the petition and docketing the cause, after due notice given, is sufficient to bring the matter before the court.

2. A PETITION *for rehearing* is not required to be printed.